AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**James Robert Taylor,**<br><br>*Defendant(s)* | Case No. 24-MJ-6474-PAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 7, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 952. | On or about October 7, 2023, in Broward County, in the Southern District of Florida, the defendant did knowingly possess with intent to distribute 5 kilograms or more of cocaine and did knowingly import 5 kilograms or more of cocaine into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 841(a)(1), and 952, respectively. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

*JAMEY GAVALIER*
Digitally signed by JAMEY GAVALIER
Date: 2023.10.08 17:04:29 -04'00'

*Complainant's signature*

Jamey R. Gavalier, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence via FaceTime

Date: __10/08/2023__

*Judge's signature*

City and state: __Fort Lauderdale, Florida__    __P. Augustin-Brich, United States Magistrate Judge__
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jamey R. Gavalier, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA"), and have been so employed since February 2015. I am presently assigned to the Miami, Florida, Field Division, where I am responsible for conducting narcotics smuggling investigations involving the use of marine vessels. As a Special Agent with DEA, I have participated in numerous narcotics investigations involving, physical and electronic surveillance, the control and administration of confidential sources, international drug importations, and domestic drug organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I also have spoken on numerous occasions with informants, suspects, and experienced narcotics investigators concerning the manner, means, methods and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. The information contained in this affidavit is submitted for the sole purpose of establishing probable cause to arrest JAMES TAYLOR ("TAYLOR") for possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and importation of cocaine, in violation of Title 21, United States Code, Section 952.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation as well as my review of records, documents, and other physical items obtained during the course of this investigation.

4. In or about September 2023, law enforcement personnel received intelligence from a source of information ("SOI") in reference to the drug smuggling activities of TAYLOR. The SOI advised TAYLOR utilizes marine vessels to smuggle multi-kilogram loads of cocaine from the Bahamas and elsewhere into Fort Lauderdale, Florida. TAYLOR is known to captain a 65-foot motor yacht, the *Southern Cross,* and a smaller 37-foot vessel, *Drop N Bonds,* to facilitate the transport of cocaine. Law enforcement personnel subsequently located the *Southern Cross* in Fort Lauderdale, Florida and *Drop N Bonds* in Bimini, Bahamas.

5. On or about October 6, 2023, law enforcement surveillance units observed TAYLOR depart from Bimini, Bahamas towards Florida captaining the *Drop N Bonds*. TAYLOR was observed towing a smaller vessel, approximately 21-foot in length, behind *Drop N Bonds*. TAYLOR was the only occupant observed on-board either vessel. Aerial surveillance units monitored TAYLOR as he navigated towards the United States. TAYLOR was not observed meeting with any other persons or vessels.

6. On the same date, Customs and Border Protection ("CBP") Air and Marine Operations ("AMO"), along with the DEA, boarded the *Drop N Bonds* in United States customs waters. Law enforcement personnel positively identified the sole occupant as James TAYLOR. TAYLOR claimed ownership of both vessels and stated his destination was Lauderdale Marina in Fort Lauderdale, Florida. CBP AMO instructed TAYLOR to continue making way to the Lauderdale Marina in Fort Lauderdale, TAYLOR's destination, for further inspection. A border search of the vessels revealed approximately ninety kilograms of cocaine bundled, duct taped, and concealed under the forward deck of the smaller vessel.

7. TAYLOR was subsequently placed under arrest. A search incident to arrest revealed a small amount of cocaine in TAYLOR's front left pants pocket. Law enforcement

2

personnel advised TAYLOR of his Miranda warnings. TAYLOR agreed to speak with law enforcement personnel. TAYLOR admitted to conducting approximately twenty smuggling trips and earning $2,000 per kilogram. TAYLOR indicated he delivers half of the drug load to the recipient and holds the other half of the drug load until payment for the first half of the drug load is received. TAYLOR also admitted to conducting a cocaine transaction involving between twenty and thirty kilograms of cocaine in the parking lot of Lauderdale Marina approximately eighteen months ago.

8. Based on the foregoing facts and information, your Affiant respectfully submits that there is probable cause to believe that on or about October 6, 2023, TAYLOR did knowingly possess with intent to distribute and import into the United States, from a place outside thereof, approximately ninety kilograms of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 952.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JAMEY GAVALIER
Digitally signed by JAMEY GAVALIER
Date: 2023.10.08 17:06:45 -04'00'

Jamey R. Gavalier, Special Agent
Drug Enforcement Administration

Subscribed to and sworn before me via FaceTime this 8th day of October, 2023.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

3